```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-11-069-RHW
                Plaintiff,   )
                             )   ORDER GRANTING DEFENDANT'S
v.                           )   UNOPPOSED MOTION TO MODIFY
                             )
ARMANDO ESCAMILLA, JR.,      )   ☑    as Moot
                             )
                Defendant.   )
                             )
```

Before the court is Defendant's unopposed Motion to Modify release conditions. For good cause shown,

**IT IS ORDERED** that the Defendant's Motion to Modify **(ECF No. 31)** is **GRANTED.** Defendant shall no longer be subject to electronic monitoring. All other conditions of release shall remain.

DATED August 29, 2011.

                         S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1