UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR-11-069-RHW |
| v. | ) ORDER GRANTING DEFENDANT'S |
| | ) UNOPPOSED MOTION TO MODIFY |
| ARMANDO ESCAMILLA, JR., | ) |
| Defendant. | ) |

Before the court is Defendant's unopposed Motion to Modify release conditions.

**IT IS ORDERED** that the Defendant's Motion to Modify **(ECF No. 41)** is **GRANTED.** Defendant shall no longer be subject to a curfew. All other conditions of release shall remain.

DATED October 5, 2011.

                      S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1